UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Joseph Binetti, | Civil Action No.: 2:10-cv-00781-PGS -ES |
| Plaintiff, | |
| v. | |
| Valentine & Kebartas, Inc., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Plaintiff, Joseph Binetti, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 17, 2010

    Respectfully submitted,

By: /s/Jennifer Kurtz
Jennifer Kurtz
NJ Bar No. 03658
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Phone: (203) 653-2250

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                                By:__/s/ Jennifer Kurtz_____
                                                     Jennifer Kurtz